**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

C.M.,                                        :  No. 25 MAP 2022
                                             :
       Appellant                     :  Appeal from the Order of the
                                             :  Commonwealth Court at No. 47 MD
                                             :  2021 dated January 28, 2022
    v.                                    :
                                             :
                                             :
                                             :
PENNSYLVANIA STATE POLICE,                   :
                                             :
       Appellee                      :


**ORDER**


**PER CURIAM**                              **DECIDED:  January 19, 2023**

     **AND NOW,** this 19th day of January, 2023, this appeal is hereby **QUASHED**, as this Court lacks jurisdiction over this appeal from a non-final order.  *See* 42 Pa.C.S. § 723 (limiting our jurisdiction to "appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court"); Pa.R.A.P. 341(b)(1) (defining a final order as one which "disposes of all claims and of all parties").